Copy Of COMPLAINT Motion
In Re: BEXTRA-CELEBREX
Marketing Fraud

'10 - CV - 02256

## CERTIFICATE OF SERVICE & MAIL

I hereby certify, that on the 15th day of September, 2010, I filed the foregoing with the Clerk of United States District Court, Denver Division. I hereby certify that I have mailed by United States Postal Service, Certified mail, E-mail, or by electronic submittal, the document to the following:

'10 - CV - 02256

1. **PFIZER INC., THE PFIZER CORPORATION.**

    LEGAL DEPARTMENT

    235, EAST 42nd STREET,

    USMI – FULFILLMENT CENTER: 685-16-S-2

    NEW YORK, NY 10017 – USA.

    Phone: 212-733-2323.,   FAX: 646-563-1835.

    FILED
    UNITED STATES DISTRICT COURT
    DENVER, COLORADO

    SEP 1 5 2010

    GREGORY C. LANGHAM
    CLERK

2. **THE CLERK OF THE UNITED STATES COURT.**

    Alfred A. Arraj Street, Room: A105,

    UNITED STATES DISTRICT COURT,

    DISTRICT OF COLORADO, DENVER DIVISION,

    901 19th STREET,

    DENVER COLORADO 80294-3589

    Ph: 303-844-3433, E-mail: newcases@cod.uscourts.gov

3. **SAFDAR NEIL LILAK (Pro Se)**

    1033 S. Kittredge Way,

    AURORA Colorado 80017.

    Ph: 303-755-1505,

    E-mail: slilak43@msn.com

    _s/Safdar Neil Lilak_ *Safdar Neil Lilak*
    SAFDAR NEIL LILAK, Ph: 303-755-1505
    E-mail: slilak43@msn.com

17